1 | **NORMA A. AGUILAR**
California State Bar No. 211088
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 | Email: Norma_Aguilar@fd.org

5 | Attorneys for Mr. Rios-Perez

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            )   Case No. 08MJ1305
                                      )
12 |              Plaintiff,              )
                                      )
13 | v.                                   )
                                      )   **NOTICE OF APPEARANCE**
14 | RICARDO RIOS-PEREZ,                  )
                                      )
15 |              Defendant.              )
                                      )
16

17 |     Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 | Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 | in the above-captioned case.

20 |     Respectfully submitted,

21

22 | Dated:  May 1, 2008            */s/   Norma Aguilar*
**NORMA AGUILAR**
23 | Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rios-Perez
24 | Norma_Aguilar@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

1

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Copy to Assistant U.S. Attorney via ECF NEF

5

6

Dated:  May 1, 2008                                /s/  *Norma Aguilar*
7                                                   **NORMA AGUILAR**
                                                    Federal Defenders of San Diego, Inc.
8                                                   225 Broadway, Suite 900
                                                    San Diego, CA  92101-5030
9                                                   (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
10                                                   Email: Norma_Aguilar@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08MJ1305