FILED

08 MAY -7 PM 4:10

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         )<br>        Plaintiff, )<br>         )<br>    v.   )<br>         )<br>RICARDO RIOS-PEREZ, )<br>         )<br>        Defendant. )<br>_____) | Criminal Case No. '08 CR 1452 WQH<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1546(a) - Fraud and Misuse of Entry Document |

The grand jury charges:

Count 1

On or about April 26, 2008, within the Southern District of California, defendant RICARDO RIOS-PEREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

CEM:fer:San Diego
5/6/08

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant RICARDO RIOS-PEREZ was removed from the United States subsequent to August 30, 2001.

### Count 2

On or about April 26, 2008, within the Southern District of California, defendant RICARDO RIOS-PEREZ, did knowingly and willfully possess a document prescribed by statute or regulation for entry into the United States, namely, a DSP-150 Border Crossing card, bearing the name of Alejandro Cisneros Baldovinos, knowing it to have been unlawfully obtained; in violation of Title 18, United States Code, Section 1546(a).

DATED: May 7, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
    CALEB E. MASON
    Assistant U.S. Attorney

2